Form sumprtrl (12/03)

# UNITED STATES BANKRUPTCY COURT
### District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

| | | |
|---|---|---|
| **In Re:** | Case No.: | 03–30102 |
| Firstpay, Inc. and MBNA America Bank Delaware | Chapter: | 7 |
| Debtor(s) | | |
| | Adversary No.: | 05–01674 |
| Plaintiff(s) | Judge: | Paul Mannes |
| Michael G. Wolff | | |

VS.

Defendant(s)
Michael Mason

## SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

To the above named defendant(s):

Michael Mason

You are hereby summoned and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Jeffrey M. Orenstein
> Goren, Wolff & Orenstein, LLC
> 11300 Rockville Pike, Ste. 408
> Rockville, MD 20852

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

9/1/05 at 10:00 AM

6500 Cherrywood Lane, Courtroom 3–D, Greenbelt, MD 20770

Dated: 6/28/05

*Mark D. Sammons*
Clerk of the Bankruptcy Court