___/ RETAIN

_____
Paul Mannes, U.S. BANKRUPTCY JUDGE

PROCEEDING MEMO - ADVERSARY PROCEEDINGS

Date: 09/01/2005 Time: 10:00

05-01674 Wolff v. Mason

Related: 03-30102-PM Firstpay, Inc. Ch7 M Wolff

✓ Jeffrey M. Orenstein representing Michael G. Wolff (Plaintiff)

✓ Steven H. Greenfeld representing Michael Mason (Defendant)

[4]   Answer to Complaint of Michael G. Wolff, Trustee
      Filed by Michael Mason.
Movant: Michael Mason    BY S Greenfeld;

[2] Summons Issued on Michael Mason Date Issued 6/28/2005,
Answer Due 7/28/2005. Pre-Trial Conference set for 9/1/2005
at 10:00 AM at Greenbelt - 3-D, Mannes.

SCHEDULE:

1. Discovery cutoff: _____    6. Pretrial memos/exhibits: _____
2. Dispositive motions: _____    7. Trial times est: ____ days ____ hrs
3. Status report due: _____    8. Trial date: _____ time: _____
4. Motions hrg. date: _____    9. Expert witness & Rpts: _____
5. Final pretrial hrg: Feb 15, 06 @    10. Reissue Summons: _____
                       ∠ N+c, 10:00

DISPOSITION:

Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___
Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____ Judgment for Plaintiff(s) _____
_____ Judgment for Defendant(s) _____
_____ Consent                         _____ Withdrawn/ Dismissed/ Deny
Amount: $ _____                 for want of Prosecution
                                      _____ Day Settlement Order
_____ Decision Reserved               _____ Moot
_____ Default / No Response           _____ Soldiers' & Sailors' Affidavit Due
_____ Show Cause Order                _____ Other: _____
Adjourned / Continued to:_____ at _____.m. Notice: YES / NO
Post Trial Memos Due: Plaintiff:_____ Defendant:_____

NOTES: